ACCEPTED
03-14-00500-CV
4571849
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 5:08:04 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00500-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 5:08:04 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN

THE UNIVERSITY OF TEXAS AT AUSTIN,
*Appellant*,

**V.**

BEVERLY KEARNEY,
*Appellee*.

Appeal from the 126ᵗʰ District Court of Travis County, Texas,
Trial Court Case No. D-1-GN-13-003908

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE COURT OF APPEALS:

David J. Beck, Geoffrey A. Gannaway, Russell S. Post, Gretchen S. Sween Christopher Cowan, and the law firm, Beck Redden LLP, respectfully move to withdraw from representing Appellant, The University of Texas at Austin, in this appeal. The motion should be granted for these reasons:

1.      This Court's docket sheet indicates that Appellant, The University of Texas at Austin, is currently represented by the undersigned attorneys from Beck Redden LLP.

1278.006/558325

2. The undersigned attorneys respectfully seek leave to withdraw from representing Appellant, The University of Texas at Austin. *See* Tex. R. App. P. 6.5(d). The substitution of counsel will not result in any delay of these proceedings. The substitute attorneys for Appellant, The University of Texas at Austin will be:

Patton G. Lochridge
State Bar No. 12458500
plochridge@mcginnislaw.com
Richard D. Milvenan
State Bar No. 14171800
rmilvenan@mcginnislaw.com
Stephanie N. Duff-O'Bryan
State Bar No. 24087448
sduffobryan@mcginnislaw.com
MCGINNIS, LOCHRIDGE & KILGORE, LLP
600 Congress Avenue, Suite 2100
Austin, TX 78701
(512) 495-6044
(512) 505-6344 (Fax)

## PRAYER

3. WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant Appellant's motion to withdraw, and that the docket sheet accurately reflect Appellant, The University of Texas at Austin's, new counsel.

Respectfully submitted,

BECK REDDEN LLP

By: /s/ *Gretchen S. Sween*
　　　David J. Beck
　　　State Bar No. 00000070
　　　dbeck@beckredden.com
　　　Russell S. Post
　　　State Bar No. 00797258
　　　rpost@beckredden.com
　　　Geoff A. Gannaway
　　　State Bar No. 24036617
　　　ggannaway@beckredden.com
1221 McKinney Street, Suite 4500
Houston, TX  77010
(713) 951-3700
(713) 951-3720 (Fax)

　　　Gretchen S. Sween
　　　State Bar No. 24041996
　　　gsween@beckredden.com
　　　Christopher R. Cowan
　　　State Bar No. 24084975
　　　ccowan@beckredden.com
515 Congress Avenue, Suite 1750
Austin, TX  78701
(512) 708-1000
(512) 708-1002 (Fax)

**WITHDRAWING COUNSEL**

## CERTIFICATE OF CONFERENCE

My office conferred about the merits of the motion with counsel for appellee, who do not oppose the requested relief.

/s/ Gretchen S. Sween
Gretchen S. Sween

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2015, a true and correct copy of the above and foregoing Motion was forwarded to all counsel of record by the Electronic Filing Service Provider, Electronic Filing Service Provider, if registered, and by Certified and First Class U.S. Mail, as follows:

Brendan K. McBride
**THE MCBRIDE LAW FIRM**
425 Soledad, Suite 620
San Antonio, TX 78205
Email: brendan.mcbride@att.net

Jody R. Mask, Esq.
Ricardo A. Garcia, Esq.
**GARCIA & KARAM, L.L.P.**
820 South Main
McAllen, Texas 78501
Email: jody@gomlaw.com

Derek Howard, Esq.
Logan Howard, Esq.
**HOWARD & KOBELAN**
100 Congress, Suite 1720
Austin, Texas 78701
Email: dhoward@howardkobelan.com

*Counsel for Appellee,*
*Beverly Kearney*

Patricia C. "Patti" Ohlendorf, J.D.
Vice President for Legal Affairs
**THE UNIVERSITY OF TEXAS AT AUSTIN**
Flawn Academic Center, Suite 438
Austin, Texas 78712
*By C/M RR #7005 0390 0000 7492 6767*
*and First Class U.S. Mail*

/s/ Gretchen S. Sween
Gretchen S. Sween